**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CV-22926-WILLIAMS**

JANE DOE,

      Plaintiff,

vs.

THE SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendant the School Board of Miami-Dade County, Florida, by and through their undersigned counsel, respectfully and jointly submit this Stipulation of Dismissal of this action, and stipulates as follows:

1) Defendant shall pay a confidential sum to Plaintiff within fifteen business days of July 16, 2019 payable to the trust account of Weil Snyder Ravindran, P.A.,

2) The Plaintiff shall execute a general release and a non-disclosure agreement to include Plaintiff's father, and

3) Plaintiff shall file a notice of dismissal with prejudice within fifteen business days of July 16, 2019.

Dated: July 22, 2019

Respectfully submitted,

By: */s/ Ronald P. Weil*
Ronald P. Weil (FBN 169966)
rweil@weillawfirm.net
Iva U. Ravindran (FBN 60447)
iravindran@weillawfirm.net
**WEIL SNYDER RAVINDRAN & P.A.**
201 S. Biscayne Boulevard, Suite 720
Miami, Florida 33131
T: (305) 372-5352
F: (305) 372-5355

*Attorneys for Plaintiff*

By: */s/ Sheila M. Gonzales-Jonasz*
Sheila M. Gonzales-Jonasz (FBN 187615)
sheila.gonzales@csklegal.com
**COLE, SCOTT & KISSANE , P.A.**
9150 South Dadeland Blvd., Suite 1400
Miami, Florida 33156
T: (305) 350-5330
F: (305) 373-2294

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 22, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*s/ Ronald P. Weil*
Ronald P. Weil
